STATE v. PATTERSON

No. 159 PC.

Case below: 33 N.C. App. 240.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. SPRINGS

No. 154 PC.

Case below: 33 N.C. App. 61.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

STATE v. TRAVIS

No. 182 PC.

Case below: 33 N.C. App. 330.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1977.

WATERS v. HUMPHREY

No. 169 PC.

Case below: 33 N.C. App. 185.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 14 July 1977. Appeal dismissed ex mero motu for lack of substantial constitutional question 14 July 1977.